UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 1:15-cv-22245-CMA**

EMILIO PINERO,

        Plaintiff,

v.

KRISPY KREME OF SOUTH FLA. L.L.C.,

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Emilio Pinero, by and through undersigned counsel, hereby dismisses this matter *with prejudice* against, KRISPY KREME OF SOUTH FLA. L.L.C, pursuant to Fed. R. Civ. P.41(a)(1)(A)(i).

Dated this September 11, 2015.

LAUREN N. WASSENBERG, ESQ.
*Attorney for Plaintiff*
1825 NW Corporate Road, Suite 110
Boca Raton, Florida 33431
Telephone: (305) 804-5435
Email: WassenbergL@gmail.com


By: *s/ Lauren N. Wassenberg*
       Lauren N. Wassenberg, Esq.
       Florida Bar No. 34083

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 10th day of September, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: s/ Lauren Wassenberg
                 Lauren Wassenberg, Esq.
                 Florida Bar No.: 34083